No. 980. Akin Distributors, Inc., of Florida *v.* United States. C. A. 5th Cir. Certiorari denied. *Lawrence A. Johnson* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Marshall Tamor Golding* for the United States.

No. 901. Barker et al. *v.* Hardway, President of Bluefield State College, et al. C. A. 4th Cir. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted. *Melvin L. Wulf, Norman Dorsen,* and *Lewis M. Steel* for petitioners. *Chauncey H. Browning, Jr.,* Attorney General of West Virginia, and *Leo Catsonis,* Assistant Attorney General, for respondents.

Mr. Justice Fortas, concurring.

I agree that certiorari should be denied. The petitioners were suspended from college *not* for expressing their opinions on a matter of substance, but for violent and destructive interference with the rights of others. An adequate hearing was afforded them on the issue of suspension. The petitioners contend that their conduct was protected by the First Amendment, but the findings of the District Court, which were accepted by the Court of Appeals, establish that the petitioners here engaged in an aggressive and violent demonstration, and not in peaceful, nondisruptive expression, such as was involved in *Tinker* v. *Des Moines Independent Community School District,* 393 U. S. 503. The petitioners' conduct was therefore clearly not protected by the First and Fourteenth Amendments.

No. 741, Misc. Lewter *v.* Commonwealth's Attorney. Ct. App. Ky. Certiorari denied. *John B. Breckinridge,* Attorney General of Kentucky, and *George F. Rabe,* Assistant Attorney General, for respondent.